Order entered January 17, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01149-CR

### GEORGDAN JERMAINE WILSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-14866-M**

## ORDER

Before the Court is the motion of appellant's attorney to permanently abate this appeal due to the death of appellant. Counsel states she did not learn of appellant's death until after the Court issued its opinion. Attached to the motion is a certificate from the Texas Department of State Health Services certifying a death record was filed for appellant. The Court's mandate has not yet issued.

Accordingly, pursuant to Texas Rule of Procedure 7.1(a)(2), we **PERMANENTLY ABATE** this appeal.

_____
JIM MOSELEY
JUSTICE